<pre>
                        UNITED STATES DISTRICT COURT

                       SOUTHERN DISTRICT OF CALIFORNIA

 UNITED STATES OF AMERICA,          Case No. 17cr2339-LAB

              Plaintiff,            AMENDED ORDER OF
                                    CRIMINAL FORFEITURE
       v.

 MATTHEW PERRY MAPLES,

              Defendant.
</pre>

On December 15, 2017, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of MATTHEW PERRY MAPLES ("Defendant") in all properties seized in connection with this case, namely,

    a) Computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct; and

    b) The items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offense, including:

        A MSI laptop computer, Serial Number K1702N00170; Western Digital external hard drive, Serial Number WXW1E65CWRMS; and Samsung cellular telephone, Serial Number R38GA074LML.

For thirty (30) consecutive days ending on January 19, 2018, the United States published on the Government's forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as

the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties described above; therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of MATTHEW PERRY MAPLES and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

- a) Computer images and printed images determined by law enforcement to depict minors engaging in sexually explicit conduct; and
- b) The items, equipment, computers, disks, and media seized by law enforcement during the investigation of the offense, including:

    A MSI laptop computer, Serial Number K1702N00170; Western Digital external hard drive, Serial Number WXW1E65CWRMS; and Samsung cellular telephone, Serial Number R38GA074LML.

IT IS FURTHER ORDERED that costs incurred by Homeland Security Investigations ("HSI") and any other Governmental agencies which were incident to the seizure, custody and storage of the properties be the first charge against the forfeited properties.

//
//

IT IS FURTHER ORDERED that HSI shall dispose of the forfeited properties according to law.

DATED: January 25, 2019

_____
LARRY ALAN BURNS, Chief Judge
United States District Court